FILED
CLERK, U.S. DISTRICT COURT

Jan. 27, 2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____IV_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN FRANCISCO HERNANDEZ, JR., <br><br> Defendant. | Case No.  2:12-CR-01099-JLS-5 <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |

On January 27, 2026, Defendant made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on August 7, 2024.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

> ☒ allegations in the petition include failure to report for substance abuse counseling.

B.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

> ☒ allegations in the petition include failure to refrain from unlawful use of controlled substances and possession of a firearm in violation of California law.

### III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: January 27, 2026

_Patricia Donahue_
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE